IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED AUG 21 2017

FLOYD M. BROWN,

    Petitioner,

v.

EDWARD KLEM, et al.,

    Respondents.

CIVIL ACTION
NO. 05-0824

## ORDER

**AND NOW**, this 21st day of August 2017, upon consideration of Petitioner's Motion for Relief from a Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 24), the Response in Opposition (Doc. No. 27), and Petitioner's Reply (Doc. Nos. 30-33), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Petitioner's Motion (Doc. No. 24) is **DENIED**. This case shall remain closed for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

ENTERED

AUG 22 2017

CLERK OF COURT